IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIDNEY WILSON, | § | |
| #25043326, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-931-B-BW |
| | § | |
| NATIONAL AERONAUTICS SPACE | § | |
| ADMINISTRATION, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **CONSTRUES** the Petition for Writ of Habeas Corpus, received on March 20, 2026 (Dkt. No. 3), as a non-habeas civil complaint, and by separate judgment, the Court will **DISMISS** it with prejudice under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) as frivolous and for failure to state a claim upon which relief may be granted.

If Plaintiff files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED** this 26th  day of May, 2026.


_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE